**Order entered December 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00665-CV

**UNITED RENTALS NORTH AMERICA, INC., Appellant**

**V.**

**PAMELA EVANS, PATRICE ANDERSON, AS NEXT FRIEND OF PARIS DAVIS, & LEATHA KATAVI JONES, AS NEXT FRIEND OF DOMINIC JONES, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04449**

## ORDER

Before the Court is appellees' second unopposed motion to extend time to file brief. We

**GRANT** the motion and **ORDER** the brief be filed on or before January 15, 2019.

/s/ DAVID EVANS
   JUSTICE